**VAN–063** Order Dismissing Case – Rev. 03–11–2003

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:
Wayne Anthony Boyd
1178 Dr. Martin Luther King Boulevard
Warrenton, NC 27589

CASE NO.: 16–03181–5–DMW

DATE FILED: June 15, 2016

CHAPTER: 13

ORDER OF DISMISSAL

The court finds that Wayne Anthony Boyd has/have failed to comply with the provisions of the confirmed chapter 13 plan or to obtain confirmation of a plan. Cause exists to dismiss this case as to this debtor(s). Should Wayne Anthony Boyd file another petition within one year, the automatic stay may be limited to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay. Now therefore,

IT IS ORDERED that this case is dismissed as to Wayne Anthony Boyd and all funds held by the trustee shall be disbursed to the appropriate parties as required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the local rules of this court.

DATED: April 16, 2019

David M. Warren
United States Bankruptcy Judge